ALFRED MANAHAN, an Infant, by Guardian, Respondent, *v.*
THE STEINWAY AND HUNTER'S POINT RAILROAD COMPANY,
Appellant.

(Argued January 28, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made February 18, 1890, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and affirmed an order
denying a motion for a new trial.

This action was brought to recover damages for injuries
received by plaintiff through the alleged negligence of defendant.

Plaintiff, a boy twelve years old, was run over by one of
defendant's cars while attempting to cross its track.    Plaintiff
testified that he looked and saw the car, which was known as
a bobtail car and had no conductor, and had time to cross the
track.    At the time of the accident the driver was engaged in
expelling from the rear platform a gang of lawless boys who
had hung around for several blocks, and once, by their
accumulated weight on the back part of the car, thrown it
from the track.    The only suggestion of negligence on defend-
ant's part was that the driver accelerated the motion of the car
just as plaintiff was crossing the track.  A competent man, a pas-
senger, who was driving at the request of the regular driver, was
called as a witness by plaintiff, and he was not asked whether
he whipped up the horse.  Neither plaintiff nor two boys,
who were called to corroborate him, swore that the horse was
whipped up or the speed accelerated after plaintiff attempted
to cross the track, and there was no testimony to that effect.
Defendant's counsel asked the court to charge that there was
no evidence that the speed of the horse was increased.    The
court declined so to charge and submitted the question to the
jury.  *Held*, error.

*George W. Stephens* for appellant.

*Lawton & Neu* for respondent.

RUGER, Ch. J., reads for reversal and new trial.
All concur.
Judgment accordingly.